In the Matter of CARSON W., a Child Alleged to be Abused. OSWEGO COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JAMIE G. et al., Appellants.

Submitted July 6, 2015; decided October 15, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

JOHN C. McPHILLIPS, Appellant, v STATE OF NEW YORK, Respondent.

Submitted August 10, 2015; decided October 15, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of NEW YORK CITY ASBESTOS LITIGATION.

DORIS KAY DUMMITT, Individually and as Executrix of RONALD DUMMITT, Deceased, Respondent, v A.W. CHESTERTON et al., Defendants, and CRANE CO., Appellant.

Submitted September 21, 2015; decided October 15, 2015

Motion by United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.